AO 442 (Rev. 11/11) Arrest Warrant

FILED
2023 APR 6 AM 9:09
CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
for the
District of Utah

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:23-mj-00299 DBP |
| ADAM RICHARD JACOBS | ) | |
| | ) | **SEALED** |
| *Defendant* | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ADAM RICHARD JACOBS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a) (Transportation of a Minor with Intent To Engage In Criminal Sexual Activity); 18 U.S.C. §§ 2251(a) and (e) (Production of Child Pornography); and 2252A(a)(2) and (b) (Possession of Child Pornography)

Date: 04/03/2023

*Issuing officer's signature*

City and state: Salt Lake City, Utah

United States Magistrate Judge Dustin B. Pead
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/3/23, and the person was arrested on *(date)* 4/3/23
at *(city and state)* _____

Date: 4/5/23

*Arresting officer's signature*

Dustin G. Estrada
*Printed name and title*